MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone:  415.436.6857
   Facsimile:   415.436.6748

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  12-CV-3415 SC |
|                 Plaintiff, ) | |
|            v. ) | DEFAULT JUDGMENT |
| $71,920 IN UNITED STATES CURRENCY, ) | |
|                 Defendant. ) | |

      **UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment pursuant to Federal Rule of Civil Procedure 55 and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Local Admiralty Rule 6-1, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a claim and answer, it is by the Court on this  8  day of   January  , 2013.

      ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against defendant $71,920 IN United States Currency; and it is

1  FURTHER ORDERED that the above-captioned defendant be, and hereby is, condemned
2  and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), and that all right, title and
3  interest in defendant be and hereby is vested in the United States of America; and it is;
4  FURTHER ORDERED that the United States shall, in accordance with law, dispose of the
5  forfeited defendant.

HONORABLE SAMUEL CONTI
United States District Judge