1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,          )    No. 12-CV-3415 SC
                                      )
13               Plaintiff,           )
                                      )    DEFAULT JUDGMENT
14         v.                         )
                                      )
15 $71,920 IN UNITED STATES CURRENCY, )
                                      )
16               Defendant.           )
                                      )
17

18

19

20

21     **UPON CONSIDERATION** of the unopposed motion of the United States for a default

22 judgment pursuant to Federal Rule of Civil Procedure 55 and the entire record, and based on the

23 findings that (1) the United States provided proper notice by serving parties known to have an

24 interest and by publication as required by Local Admiralty Rule 6-1, (2) the time for filing a claim

25 and answer has expired and (3) no one has appeared to defend by filing a claim and answer, it is by

26 the Court on this  8  day of  January , 2013.

27     ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is,

28 entered for the United States against defendant $71,920 IN United States Currency; and it is

1   FURTHER ORDERED that the above-captioned defendant be, and hereby is, condemned
2   and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), and that all right, title and
3   interest in defendant be and hereby is vested in the United States of America; and it is;
4   FURTHER ORDERED that the United States shall, in accordance with law, dispose of the
5   forfeited defendant.

HONORABLE SAMUEL CONTI
United States District Judge

Default Judgmt.
No.  12-CV-3415 SC                    2